**Deraughn BROWN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98129.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 9, 2013.

Scott Thompson, St. Louis, MO, for appellant.

---

1. All statutory references are to RSMo. (2008).

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

## ORDER

PER CURIAM.

The movant, Deraughn Brown, appeals the motion court's order denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's order denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).